**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:

ROI NEEMAN,                                    Case No.: 24-14482-BKC-PDR
                                               Chapter 7

      Debtor.

_____/

AFFIDAVIT OF TRUSTEE, LES OSBORNE, IN SUPPORT OF
REQUEST FOR DEFERRAL OF FILING FEE

**State of Florida**      )
                      ) ss
**County of Palm Beach**   )

Pursuant to Rule 1006(a) of the Federal rules of Bankruptcy Procedure, Leslie S. Osborne, being duly sworn, deposes and says:

1. I have been assigned as the Chapter 7 Trustee in the above styled case.

2. The facts set forth in my Affidavit are based upon my personal knowledge, upon information and belief, and upon records kept in the ordinary course of business that were reviewed by me and other employee of Leslie S. Osborne, Chapter 7 Trustee under my supervision and direction.

3. The estate does not have any liquidated assets on hand as of the date of this affidavit.

4. As such, the Debtors' Estate does not have the required funds to pay for the filing fee associated with the filing of an adversary proceeding.

5. I ask that the filing fee be deferred until the conclusion of any and all adversary proceedings filed in the above styled case.

6. I will reimburse any and all outstanding filing fees out of any recovery gained in any and all adversary proceedings fined in the above styled case.

Leslie S. Osborne, CHAPTER 7 TRUSTEE

Dated: March 31, 2026

STATE OF FLORIDA ) ) ss:
COUNTY OF PALM BEACH )

The foregoing instrument was acknowledged before me this 31 day of March, 2026 by Leslie S. Osborne, and he is personally known to me.

SWORN TO AND SUBSCRIBED before me, this 31st day of March, 2026.

Notary Public, State of Florida

Notary Public State of Florida
Lisa Rabinowitz
My Commission HH 296361
Expires 8/6/2026