

**ORDERED in the Southern District of Florida on April 29, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

Roi Neeman.,

     Debtor.

_____/

Leslie S. Osborne,

     Plaintiff,

v.

Karen Neeman,

     Defendant.

_____/

Case No. 24-14482-PDR

Chapter 7

Adv. No. 26-01113-PDR

**ORDER GRANTING MOTION AND EXTENDING**
**DEADLINE TO RESPOND TO COMPLAINT**

This matter came before the Court upon the filing of the *pro se* Defendant's *Motion to Extend Time to Respond to the Complaint* (Doc. 5) (the "Motion to Extend"). The Motion to Extend seeks an extension of the May 1, 2026, deadline to respond to the *Adversary Complaint to Recover Fraudulent Transfers* (Doc. 1) (the "Complaint") imposed by the *Summons in an Adversary Proceeding* (Doc. 2). Upon review, the Court finds good cause exists to grant the Motion to Extend. Therefore, the Court **ORDERS**:

1. The Motion to Extend (Doc. 5) is **GRANTED**.

2. The Defendant has through and including May 15, 2026, to respond to the Complaint.

**# # #**

Copies to:
All parties in interest.