**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In Re:

Roi Neeman,                                                              Case No. 24-14482-PDR
                                                                        Chapter 7

      Debtor,

_____/

Leslie S. Osborne,                                          Adversary Case No. 26-01113-PDR

      Plaintiff,

vs.

Karen Neeman,

      Defendant.

_____/

### DEFENDANT'S *EX PARTE* MOTION TO APPEAR BY ZOOM

Defendant, Karen Neeman ("Defendant") requests that the Court grant her leave to appear by Zoom at a hearing on the Court's Scheduling Conference [ECF No. 3]. In support of this motion, Defendant avers as follows:

1. On April 1, 2026, the Court filed an Order Setting Scheduling Conference [ECF No. 3] (the "Scheduling Conference").

2. The Scheduling Conference is scheduled for May 20, 2026 at 10:00 a.m., for a five (5) minute hearing.

3. Undersigned counsel resides in Boca Raton, Florida.

4. It would be a waste of the Defendant's resources for its counsel to have to travel from Boca Raton to Fort Lauderdale to appear in person for such a brief hearing.

WHEREFORE, Defendant requests that the Court grant her permission to appear by Zoom at the May 20, 2026 on the Scheduling Conference [ECF No. 3], and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

**LORIUM LAW**
*Counsel for Karen Neeman*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By: ___/s/ Joe M. Grant_____
JOE M. GRANT
Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of May, 2026, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**

Leslie S Osborne; osbornetrustee@kennethrappaportlawoffice.com; lo@trustesolutions.net